TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-00-00660-CV

Alice Weather, Appellant

v.

Wheeler Coatings Asphalt, Inc., Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 98TH JUDICIAL DISTRICT

NO. 99-00023A, HONORABLE PAUL R. DAVIS, JR., JUDGE PRESIDING 

PER CURIAM

 The parties have filed a joint agreed motion to dismiss based on their settlement
agreement. See Tex. R. App. P. 42.1(a). The parties also ask us to vacate the trial court
judgment. We grant the motion, vacate the trial court judgment, and dismiss the case. Tex. R.
App. P. 43.2(e) (types of judgments from appellate court). The parties have further asked that we
assess no costs against either party. We assume they mean that costs are to be taxed to the party
incurring same, as no party is indigent. See id. at 43.4 (judgment for costs in civil cases). 

Before Justices Kidd, B. A. Smith and Puryear

Judgment Vacated and Cause Dismissed on Joint Motion

Filed: February 28, 2001

Do Not Publish